IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

SEUN BANJO OJEDOKUN,

Defendant

Case No. PWG-19-228

\*\*\*\*\*\*

**ORDER**

The Court has reviewed Defendant's "Petition for Bail and/or a Reopened Detention Hearing" ("Motion") (ECF No. 6).[1] The Motion will be denied.

A detention hearing was held in this case on May 22, 2019 (ECF No. 12). The Court entered an order of detention after hearing from the parties and found, among other things, that the weight of evidence against the Defendant is strong, the Defendant will be subject to a lengthy period of incarceration if convicted, the Defendant lacked stable employment, residence, and financially responsible sureties, the Defendant lacked significant ties to the District of Maryland and the United States, and the Defendant had significant ties outside of the United States. The Court found the Defendant to be a serious flight risk. (ECF No. 13.)

Defendant's Motion does not present any new or additional facts that have a material bearing on the issue of detention. When the Court ordered detention, it considered whether any conditions of release could reasonably assure Defendant's appearance. The Court concluded that there were no conditions that could reasonably assure Defendant's appearance. Defendant's disagreement with the Court's assessment as to his risk of flight is not a basis to reopen the

---

[1] Defendant's Motion was mistakenly filed in Case Number TMD-19-1345. Because this case was indicated under Case Number PWG-19-228, all future filings must be made in this case number.

detention hearing under 18 U.S.C. § 3142(f). Similarly, although the Defendant's assessment of the strength of the evidence against him is different from the Court's assessment, this is not a basis to reconsider the Court's order of detention. For these reasons, Defendant's Motion is **DENIED**.

<u>December 30, 2019</u>         <u>    /s/                     </u>
Date                                                       Timothy J. Sullivan
                                                          United States Magistrate Judge